■ Stephen T. Divito, Appellant, v Shannon B. Meegan, Respondent. (Appeal No. 2.) [65 NYS3d 887]—Appeal from an order of the Supreme Court, Monroe County (Renee Forgensi Minarik, A.J.), entered August 4, 2016. The order, among other things, granted defendant's motion to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Divito v Meegan* ([appeal No. 1] 156 AD3d 1408 [2017]). Present—Smith, J.P., Centra, Carni, Curran and Troutman, JJ.